IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVIS BENNETT, )<br>   )<br>   Plaintiff(s),   )<br>   )<br>vs.   )<br>   )<br>PETER L. SHAW, et al.,   )<br>   )<br>   Defendant(s).   )<br>_____ ) | No. C 07-5686 CRB (PR)<br><br>ORDER |

Plaintiff, a prisoner at the Federal Correctional Institution in Safford, Arizona, has filed a pro se civil rights complaint under <u>Bivens v. Six Unknown Agents</u>, 403 U.S. 388 (1971), and 42 U.S.C. § 1983, alleging violations of his constitutional rights at the hands of Ninth Circuit Appellate Commissioner Peter L. Shaw and Ninth Circuit-appointed appellate counsel Phillip A. Trevino.

The clerk is instructed to designate this action as a prisoner civil rights suit (nature of suit code 550) and to affix (PR) after the undersigned's initials. The ADR scheduling order issued on November 8, 2007 is VACATED. Nothing further will take place in this matter until the prisoner complaint is screened by the court pursuant to 28 U.S.C. § 1915A(a).

SO ORDERED.

DATED: Nov. 16, 2007

                                              CHARLES R. BREYER<br>
                                              United States District Judge

G:\PRO-SE\CRB\CR.07\Bennett, J1.or1.wpd