# RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹   **DATE** NOVEMBER 8, 2007 @ 3:47 P.M.

**Name of SERVER** ROBERT S. STACK dba PRONTO PROCESS SERVICES (OWNER)

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

■ Other (specify): SERVED ON PETER L. SHAW, APPELLATE COMMISSIONER, 9TH CIRCUIT COURT OF APPEALS, 95 SEVENTH STREET, SAN FRANCISCO, CA 94113 BY SERVICE ON HIS SECRETARY, ANITA ALVAREZ.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | FILING OF CASE; SERVICE OF PROCESS | $110.— |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   NOVEMBER 9, 2007
           Date

Signature of Server   ROBERT S. STACK

Address of Server

PRONTO PROCESS SERVICES
(Marin County, CA RPS #174)
P. O. Box 611
SAN ANSELMO, CA 94979-0611
415.899.0191 (o)
415.899.0192 (f)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure