**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 14, 2007

RE:  <u>CV 07-05686 CRB (PR)</u>        <u>JAMES D BENNETT</u>-v- <u>PETER L SHAW</u>

Default is declined as to defendant Peter L. Shaw on 12/14/07.


RICHARD W. WIEKING, Clerk


by:  <u>Maria Loo</u>
Case Systems Administrator