UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 0 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-50580 |
|---|---|
| Plaintiff - Appellee, | SA |
| v. | D.C. No. CR-03-25-AHS |
| | Central California |
| JAMES DAVIS BENNETT, | (Santa Ana) |
| Defendant - Appellant. | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DCM DEPUTY

Before: LEAVY and T.G. NELSON, Circuit Judges

The government's request for a determination whether appellant James Davis Bennett may represent himself on appeal was referred to the Appellate Commissioner pursuant to Ninth Circuit General Order 6.3(e), which authorizes the Appellate Commissioner to confirm that appellant's intention to proceed pro se and waiver of his right to counsel are knowing, intelligent, and unequivocal. *See Martinez v. Court of Appeal*, 528 U.S. 152, 162-63 (2000); *Hendricks v. Zenon*, 993 F.2d 664, 669 (9th Cir. 1993).

On April 27, 2007, the Appellate Commissioner filed a Report and Recommendation concluding that the court should deny appellant Bennett's self-representation and appoint new counsel to represent Bennett on appeal. Bennett was allowed 21 days within which to file objections to the Report and

No. 06-50580

Recommendation. During the objection period, Bennett filed a "Motion for Default Judgment of Acquittal, etc." and, with a cover letter from his wife, an "Ex Parte Motion to Relieve Counsel Supplement, etc." Bennett's submissions are construed as objections to the Appellate Commissioner's Report and Recommendation. So construed, Bennett's objections are overruled.

The court adopts the Appellate Commissioner's Report and Recommendation in full. Appellant Bennett is denied permission to represent himself on appeal. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Sean K. Kennedy, Federal Public Defender, 321 East Second Street, Los Angeles, California 90012-4206 (FAX: (213) 894-0081), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

The Clerk shall strike Bennett's pro se opening brief filed February 5, 2007 and Bennett's pro se reply brief received March 28, 2007. The Clerk shall provide copies of both stricken briefs to Mr. Kennedy, who is requested to serve the briefs on new counsel for such consideration as counsel deems appropriate.