Exhibit D to Defendant's Motion to Dismiss

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**



| Case No. | SA CV 06-00897 UA (RZ) | Date | November 16, 2006 |
|---|---|---|---|

Title      **JAMES DAVIS BENNETT v. ALICEMARIE STOTLER, ET AL.**

Present: The Honorable    **RALPH ZAREFSKY, CHIEF UNITED STATES MAGISTRATE JUDGE**

| Ilene Bernal | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

N/A             N/A

**Proceedings:**      (In Chambers)

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

     The Court has received an untitled document from Plaintiff, the gist of which is that Plaintiff seeks to withdraw his previously-submitted complaint. The Clerk is directed to process the document as a request under FED. R. CIV. P. 41(a)(1) and close the case.

Priority  X
Send  X
Enter  X
Closed
JS-5/JS-6  X
JS-2/JS-3 ——
Scan Only ——

Initials of Preparer

Exhibit D to Defendant's Motion to Dismiss

Attention: Clerk of the Court
United States Central District Court
Western Division
312 North Spring Street, Room
Los Angeles, Ca.   90012

Re: SACV06-897

LODGED
CLERK, U.S. DISTRICT COURT

OCT - 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

I believe you have inadvertently received a document for
filing that some one forwarded to you erroneously. Please
discard.

Thanks in Advance,

James Davis Bennett/Bkg# 06-00190
Santa Ana Jail M-88
P.O. Box 22003
Santa Ana, Ca.   92702

Exhibit D to Defendant's Motion to Dismiss



**SHERRI R. CARTER**

District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

Monday, September 25, 2006

**SOUTHERN DIVISION**

411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**

3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**JAMES DAVIS BENNETT  (BK#06-00190)**
SANTA ANA JAIL
P. O. BOX 22003
SANTA ANA, CA. 92701

> FILED
> CLERK, U.S DISTRICT COURT
>
> SEP 2 5 2006
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY                              DEPUTY

Dear Sir or Madam:

Your complaint has been lodged and assigned a civil case number ___**SACV06- 897**___.

Upon the submission of your complaint, it was noted that you did not pay the appropriate filing fee of $350.00.  If you are unable to pay the entire filing fee at this time, you must sign and complete the form indicated below in its entirety:

    ☐ *Declaration in Support of Request to Proceed in Forma Pauperis (CV-60)*
    ☒ *Declaration in Support of Request to Proceed Without Prepayment of Filing Fees (CV-60P)*

If you do not respond within THIRTY DAYS from the date above, your action will be dismissed and the file closed.  If you submit the Declaration or pay the filing fee within THIRTY DAYS, judges will be assigned to your case.  If you submit the Declaration, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.  The fee can be paid in partial payments pursuant to a court ordered schedule.

Enclosed you will find this court's current Declaration form which you must complete in its entirety.

encls

Sincerely,

Clerk, U.S. District Court

By: _____
ETAMAYO

Deputy Clerk

CV-47  (06/05)       **NOTICE RE: DISCREPENCIES WITH LODGING OF COMPLAINT**

Exhibit D to Defendant's Motion to Dismiss



James David Bennett / Bkg # 06-00190
Santa Ana Jail
P.O. Box 22003
Santa Ana, Ca. 92701

CLERK U.S. DISTRICT COURT
OCT - 5 2006
CENTRAL DISTRICT OF CALIFORNIA

IND #23-349-6391

CERTIFIED

**LEGAL MAIL**

Attention: Clerk of the Court
United States District Court Central District of Calif
Western Division
312 North Spring Street, Room G-8
Los Angeles, Ca. 90012