194, APPEAL

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02302-JSL-JCR

| | |
|---|---|
| James Davis Bennett v. Deborah D Parker et al | Date Filed: 04/06/2007 |
| Assigned to: Judge J. Spencer Letts | Jury Demand: None |
| Referred to: Magistrate Judge John Charles Rayburn, Jr | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 28:1331 Federal Question: Bivens Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**James Davis Bennett**  represented by **James Davis Bennett**
06-00190-B/ 3589-112
Federal Correctional Institution Safford
PO Box 9000
Safford, AZ 85548
PRO SE

V.

**Defendant**

**Deborah D Parker**

**Defendant**

**Does**
*1-10,*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | CIVIL RIGHTS COMPLAINT filed against defendants Deborah D Parker, Does pursuant to 403 U.S. 388 (1971). Case assigned to Judge J. Spencer Letts and referred to Magistrate Judge John Charles Rayburn, Jr. (Filing fee$350.00 PAID.), filed by Plaintiff James Davis Bennett.(et) (Entered: 04/16/2007) |
| 04/06/2007 | | 20 DAY Summons Issued re Complaint (Prisoner Civil Rights) [1] as to Deborah D Parker, Does 1-10. (et) (Entered: 04/16/2007) |
| 04/06/2007 | 2 | NOTICE OF REFERENCE to United States Magistrate Judge John Charles Rayburn Jr. (et) (Entered: 04/16/2007) |
| 04/06/2007 | 3 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff James Davis Bennett. (et) (Entered: 04/16/2007) |
| 04/20/2007 | 4 | MINUTES OF IN CHAMBERS ORDER RE: CASE MANAGEMENT ORDER AND PROCEDURES held before Judge John Charles Rayburn Jr.: Plaintiff is advised that, under FRCP 4(m), service of the summons and |

| | | |
|---|---|---|
| | | complaint must be accomplished on each named defendant within 120 days after the filing of the complaint. The complaint herein was filed on 4/6/07. Accordingly, the 120-day period will expire on 8/5/07. Plaintiff is warned that failure to effectuate proper service by that date may result in the dismissal of the action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service. (See document for further specifics)Tape #: None. (mrgo, ) (Entered: 04/23/2007) |
| 05/29/2007 | 6 | Letter re change of address from Plaintiff (de) (Entered: 06/06/2007) |
| 06/01/2007 | 5 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge John Charles Rayburn Jr. ORDERING Letter re change of address submitted by Plaintiff James Davis Bennett received on 5/29/07 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(de) (Entered: 06/06/2007) |
| 07/25/2007 | 7 | AFFIDAVIT OF PROOF OF SERVICE Pursuant to FRCP Rule 4(1) filed by plaintiff James Davis Bennett, served on 7/23/07. (ad) (Entered: 08/08/2007) |
| 08/13/2007 | 8 | NOTICE OF DISCREPANCY AND ORDER: by Judge John Charles Rayburn Jr., ORDERING Letter submitted by Plaintiff James Davis Bennett received on 8/9/07 is not to be filed but instead rejected. Denial based on: Improper communication to the Court by letter, L/R 83-2.11. Plaintiff is notified that his proof of service does now appear in Pacer (service having occurred on 7/2507)(dts) (Entered: 08/13/2007) |
| 08/23/2007 | 10 | AFFIDAVIT IN SUPPORT OF DEFAULT filed by Plaintiff James Davis Bennett (yc) (Entered: 08/30/2007) |
| 08/24/2007 | 9 | MINUTES OF IN CHAMBERS ORDER RE: PROOF OF SERVICE held before Judge John Charles Rayburn Jr.: It is unclear to the Court whether service of process on defendant has been properly effectuated. If plaintiff does contend that he has effectuated proper service, he is ORDERED to file a response to this minute order on or before 9/10/07, which sets forth the legal basis for his contention and clearly indicates in what capacity defendant is being sued.(mrgo) (Entered: 08/28/2007) |
| 08/31/2007 | 11 | Submission to the Clerk of the Court for Filing of AFFIDAVIT in support of Default and Default Judgment filed by Plaintiff James Davis Bennett. (ad) (Entered: 09/07/2007) |
| 09/06/2007 | 13 | REQUEST for Default Judgment; REQUEST that Court Orders be mailed to Plaintiff; Response to Order re Proof of Service filed by plaintiff James Davis Bennett. (esa) (Entered: 09/21/2007) |
| 09/13/2007 | 12 | OPPOSITION to Plaintiff's Application for Default filed by Defendant Deborah D Parker. (vm) (Entered: 09/18/2007) |
| 09/25/2007 | 14 | MINUTES OF IN CHAMBERS ORDER held before Judge John Charles Rayburn Jr.DENYING Affidavit[10], and REQUEST for Default Judgment, REQUEST for Order for Court Orders be mailed to Plaintiff [13]. IT IS ORDERED that on or before 10/25/07, plaintiff shall effectuate proper service of the summons and complaint on defendant. (See document for |

Exhibit E to Defendant's Motion to Dismiss

| | | |
|---|---|---|
| | | specifics)(mrgo) (Entered: 09/28/2007) |
| 09/27/2007 | 15 | ORDER by Judge John Charles Rayburn Jr.: the documents listed below were improperly filed for the following reasons: duplicate documents; therefore, the following document(s) shall be stricken from the record and shall not be considered by the Court: "Submission to the Clerk of the Court for filing of Affidavit in supportof Default and Default Judgment" [11].(mrgo) Modified on 9/28/2007 (mrgo, ). (Entered: 09/28/2007) |
| 10/22/2007 | 17 | MOTION in Response to Court Order dated 9/25/07 Requesting the Removal of Magistrate Judge John C Rayburn, Reversal of all his Orders and Closing of the Case pursuant to 28 USC 636(b)(1)(A) and FRCP 55(a)(b)(1) filed by plaintiff James Davis Bennett. (ad) (Entered: 10/30/2007) |
| 10/24/2007 | 16 | MINUTES OF IN CHAMBERS ORDER DENYING MOTION IN RESPONSE TO COURT ORDER DATED 9/25/07; AND REQUIRING FURTHER RESPONSE held before Judge John Charles Rayburn Jr.: Plaintiff is ORDERED to either (a) show good cause, in writing, why this action should not be dismissed for lack of prosecution and failure to comply with the Court's 9/25/07 order; or (b) correct the deficiency and effectuate proper service on defendant.Show Cause Response due by 11/8/2007.(mrgo) (Entered: 10/26/2007) |
| 10/25/2007 | 18 | NOTICE OF APPEAL to the 9th CCA filed by plaintiff James Davis Bennett. Appeal of Minutes Order 14 Filed On: 09/25/07; Entered On: 09/28/07; Filing fee $ 455. BILLED. cc: James D. Bennett; US Attorney Office. (cbr) (Entered: 11/06/2007) |
| 11/06/2007 | 19 | CERTIFICATE OF RECORD Transmitted to USCA re Appeal to 9th Circuit Court of Appeals18 filed by James Davis Bennett. (cbr) (Entered: 11/06/2007) |
| 11/15/2007 | 20 | ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE AND TO COMPLY WITH COURT ORDERS by Judge John Charles Rayburn Jr.Response to Order to Show Cause due by 11/29/2007. (dts) (Entered: 11/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/04/2007 09:05:42 | | | |
| **PACER Login:** | pt0040 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02302-JSL-JCR |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |