Exhibit H to Defendant's Motion to Dismiss

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>ALICEMARIE STOTLER, *et al.*,<br><br>Defendants. | Civil Action No. 06-1635 (JDB) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motions for judicial notice [Dkt. #2], for a preliminary injunction [Dkt. #2] and for a temporary restraining order [Dkt. #2] are DENIED, and it is further

ORDERED that the complaint is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: October 5, 2006

/s/
JOHN D. BATES
United States District Judge