Exhibit J to Defendant's Motion to Dismiss

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 24 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAMES DAVIS BENNETT,<br><br>Defendant - Appellant. | No. 06-50580<br><br>D.C. No. CR-03-00025-AHS<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: REINHARDT and W. FLETCHER, Circuit Judges.

Appellant James Davis Bennett's pro se motion to remove Appellate Commissioner Peter Shaw from further participation in this appeal is denied.

The court has also received James Davis Bennett's pro se petition under 28 U.S.C. § 2241 for a writ of habeas corpus, motion for grand jury authorized jurisdiction, motion for summary judgment of petition for habeas corpus, motion for temporary restraining order and preliminary injunction, request for judicial notice and motion for immediate release. As appellant Bennett has previously been warned, because appellant is represented by counsel, only counsel may file motions. The court therefore once again declines to entertain appellant's pro se submissions. With this order, the Clerk shall serve copies of the pro se

S:\MOATT\Panelord\12-17-07\orders\hs2\06-50580.wpd

06-50580

submissions on appellant's appointed counsel of record Phillip A. Trevino, Esq., Law Office of Phillip A. Trevino, Suite 801, 137 N. Larchmont Blvd., Los Angles, CA 90004, for such consideration as counsel deems appropriate. The Clerk shall also serve this order on appellant individually at: Reg. #32589-112, Federal Correctional Institution, P.O. Box 9000, Safford, AZ 85548.

The Clerk is directed to return any and all future submissions by pro se appellant. They are not to be received or filed.

The briefing schedule established previously shall remain in effect.