January 17, 2008

Attention: Richard W. Wieking
Clerk, U.S. District Court
Northern District of Calif.
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102



Ref: Case Number CV 07-5686-CRB

Dear Mr. Wieking:

    Enclosed you will find Plaintiff's Judicial Notice, Plaintiff's Opposition to Defendant Trevino's motion to dismiss, and Plaintiff's Motion for Summary Judgment. Please assist by insuring that these documents are filed at your earliest available time.

    If you have concerns you may address them to my attention at the prison address appearing below and I will do my best to resolve them.

Thanks in Advance,

James Davis Bennett/Reg#32589-112
FCI Safford
Federal Correction Institution
P.O. Box 9000
Safford, AZ 85548