UNITED STATES DISTRICT COURT
FOR
THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -1 PH 1:36

| | |
|---|---|
| JAMES DAVIS BENNETT, ) | CV 07-5686-CRB |
| Plaintiff, ) | REQUEST FOR PRODUCTION OF ORDER APPOINTING PHILLIP A. TREVINO |
| vs ) | PURSUANT TO FRCVP RULE 34(a) and RULE 26(a)(1)(E). |
| Peter L. Shaw, et al., ) | |
| Defendants. ) | |

**REQUEST**

1. The Plaintiff has made several request to Defendant Trevino to produce the Order appointing him as Plaintiff's appellate counsel and which outlines the scope of that appointment. See exhibit M attached to recently filed motion for summary judgment. The Defendant refuses to supply the authorization. Therefore, and because production of the order could be the despositive factor in this suit; Plaintiff request the court order Defendant to turn over to Plaintiff a copy of the order authorizing his appointment.

Dated this 26th Day of January 2008,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

-1-

## CERTIFICATE OF SERVICE

**CASE NO:** 07-CV-5686-CRB

**CASE NAME:** James Davis Bennett v. Peter L. Shaw, et al.

I certify that the "REQUEST FOR PRODUCTION OF ORDER APPOINTING PHILLIP A. TREVINO PURSUANT TO FRCVP RULE 34(a) and RULE 26(a)(1)(E)" was served on the parties indicated below in a manner described:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Phillip A. Trevino<br>137 N. Larchmont #801<br>Los Angeles, CA. 90004 | US Mail | 1·28·08 |

_____         1·28·08
James Davis Bennett               Date