UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES DAVIS BENNETT, | ) | No. C 07-05686 CRB (PR) |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO 28 U.S.C. § 1915A** |
| PETER L. SHAW, PHILLIP A. TREVINO, | ) | |
| Defendants. | ) | |

    This matter came before the Court on Defendant Appellate Commissioner Shaw's motion to dismiss plaintiff's complaint with prejudice pursuant to the screening procedures set forth in 28 U.S.C. § 1915A.

    Having reviewed and considered the motion and the entire record, and good cause appearing, the Court grants the Federal Defendant's Motion to Dismiss this action with prejudice pursuant to 28 U.S.C. § 1915A.

    IT IS SO ORDERED.

DATED:_____    _____
CHARLES R. BREYER
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO 28 U.S.C. § 1915A**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

____    EMAIL

____    FACSIMILE (FAX)

to the party(ies) addressed as follows:

James Davis Bennett, Pro Se
FCI Safford, Reg. #32589-112
P.O. Box 9000
San Francisco, CA 85548

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this February 4, 2008 at San Francisco, California.

____/s/_____
LILY HO-VUONG
Legal Assistant