JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile:  (415) 436-6927
Email: joann.swanson@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES DAVIS BENNETT, | ) | No. C 07-5686 CRB |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| PETER L. SHAW, PHILLIP A. TREVINO, AND DOES 1-100, | ) | |
| Defendants. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **February 8, 2008** she caused a copy of **1) Notice of Motion and Motion to Dismiss Complaint and 2) Proposed Order Granting Federal Defendant's Motion to Dismiss Complaint** to be served by first class mail upon the person at the place and address stated below, which is the last known address:

James Davis Bennett, Pro Se
FCI Safford, Reg. #32589-112
P.O. Box 9000
Stafford, AZ 85548

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 8, 2008           /s/_____
                                  LILY HO-VUONG
                                  Legal Assistant