# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JAMES D BENNETT,

             Plaintiff,

  v.

PETER L SHAW et al,

             Defendant.

_____/

Case Number: CV07-05686 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Davis Bennett #32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

Dated: February 11, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk