IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D BENNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER L SHAW,<br><br>    Defendant.<br>_____/ | No. CV 07-05686 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of defendants.

Dated: February 11, 2008                        Richard W. Wieking, Clerk

                                                  By:
                                                  Deputy Clerk