

February 23, 2008

Attention: Richard W. Wieking
Clerk, U.S. District Court
Northern District of Calif.
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA  94102

Ref: Case Number CV 07-5686-CRB

Dear Mr. Wieking:

    Please make certain the enclosed Notice of Appeal and the accompanying Petition to proceed in forma pauperis is filed in in the above case. I have enclosed an envelop addressed and stamped for a filed stamped copy of the enclosed documents. Please forward copy.


Thanks in Advance,

James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548