UNITED STATES DISTRICT COURT
FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVIS BENNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER L. SHAW, et al.,<br><br>　　　　Defendants. | Case No.: 07-5686-CRB<br><br>Petition to proceed in forma pauperis pursuant to 28 USC § 1915 |

I James Davis Bennett hereby moves this honorable court to approve the filing of the accompanying "Notice of Appeal[pursuant to 28 U.S.C. § 1295(a)(2)]" without the payment of fees pursuant to 28 USC § 1915. See attached affidavit in support hereof.

　　　　　　　　　　　　　　Dated this 23rd day of February 2008,

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　James Davis Bennett/Reg#32589-112
　　　　　　　　　　　　　　FCI Safford
　　　　　　　　　　　　　　P.O. Box 9000
　　　　　　　　　　　　　　Safford, AZ 85548