| JAMES DAVIS BENNETT | DECLARATION IN SUPPORT |
|---|---|
| (Petitioner) | OF REQUEST |
| JAMES M. CRAWFORD, et al., | TO PROCEED |
| (Respondent[s]) | IN FORMA PAUPERIS |

FILED 08 MAR -6 PM 12:24

I, JAMES DAVIS BENNETT, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes  XX   No_____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. Federal Correction Institution/Bureau of Prisons
      P.O. Box 9000
      $5.25/Month    Safford, AZ 85548

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes___  No x
   b. Rent payments, interest or dividends?   Yes___  No x
   c. Pensions, annuities or life insurance payments?   Yes___  No x
   d. Gifts or inheritances?   Yes___  No x
   e. Any other sources?   Yes___  No x

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account?   Yes x   No x   (Include any funds in prison accounts)   $25.00/Prison account

   If the answer is yes, state the total value of the items owned.

   $25.00 in Prison account

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes___  No x

   If the answer is yes, describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. <u>Wife and Son</u>

<u>Nothing until release.</u>

    I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on <u> 2·1·08 </u>
(Date)

_____
Signature of Movant

## CERTIFICATE

    I hereby certify that the Petitioner herein has the sum of $ <u>30.59</u> on account to his credit at the <u>Federal Correctional</u> institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution: <u>FCI Safford, AZ</u>

<u>                    30.59                   </u>

_____
Authorized Officer of Institution

<u>Counselor</u>
Title of Officer

CERTIFICATE OF SERVICE

**CASE NO:** 07-CV-5686-CRB

**CASE NAME:** James Davis Bennett v. Peter L. Shaw, et al.

I certify that the Notice of Appeal and the Petition to proceed in forma pauperis was served on the parties indicated below in a manner described:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Phillip A. Trevino<br>137 N. Larchmont #801<br>Los Angeles, Ca. 90004 | Defaulted | N/A |
| Peter L. Shaw<br>95 Seventh Street<br>San Francisco, Ca. 94119 | Defaulted | N/A |

_____          2·25·08
James Davis Bennett                       Dated