**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 7, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05686 CRB (PR)**

**CASE TITLE: JAMES D BENNETT-v-PETER L SHAW**

USCA Case Number:

Dear Sir/Madam:

   Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                             Sincerely,

                                             RICHARD W. WIEKING, Clerk


                                             by: Maria Loo
                                             Case Systems Administrator


cc: Counsel of Record