UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 7, 2008

**CASE INFORMATION:**
Short Case Title:  JAMES D BENNETT-v- PETER L SHAW
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.:  CV 07-05686 CRB(PR)
Date Complaint/Indictment/Petition Filed: 11/8/07
Date Appealed order/judgment *entered* 2/11/08
Date NOA *filed* 3/6/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☒ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
James Davis Bennett                            Joann A. Swanson
#32589-112                                     U.S. Attorney's Office
FCI Safford                                    450 Golden Gate Avenue
P.O. Box 9000                                  Box 36055
Safford, AZ 85548                              San Francisco, CA 94102

                                               Tel. No. : (415) 436-6855

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000