UNITED STATES DISTRICT COURT
FOR
THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR -6 PM 12: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVIS BENNETT, | Case No.: 07-5686-CRB |
| Plaintiff, | Notice of Appeal [pursuant to 28 U.S.C. § 1295(a)(2)]. |
| v. | |
| PETER L. SHAW, et al., | |
| Defendants. | |



**NOTICE OF APPEAL**

Notice is hereby given that James Davis Bennett, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's order filed February 11, 2008 denying equitable and injunctive relief **only** as requested in docket entry number 4. This appeal pertains only to that docket entry(4).

Dated this 23rd day of February 2008,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548