ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05686-CRB
### Internal Use Only

| | |
|---|---|
| Bennett v. Shaw et al | Date Filed: 11/08/2007 |
| Assigned to: Hon. Charles R. Breyer | Date Terminated: 02/11/2008 |
| Demand: $125,000,000 | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**James Davis Bennett**         represented by    **James Davis Bennett**
#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548
PRO SE

V.

**Defendant**

**Peter L. Shaw**         represented by    **Joann M. Swanson**
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102
(415) 436-6855
Fax: (415) 436-6748
Email: joann.swanson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phillip A. Trevino**         represented by    **Phillip A. Trevino**
137 N. Larchmont Blvd.
#801
Los Angeles, CA 90004
213-949-8000
Email: ptrevino@pacbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | COMPLAINT against Peter L. Shaw, Phillip A. Trevino ( Filing fee $ 350, receipt number 34611012336.) SUMMONS ISSUED. Filed byJames Davis Bennett. (mcl, COURT STAFF) (Filed on 11/8/2007) (Entered: 11/09/2007) |
| 11/08/2007 |  | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 11/09/2007) |
| 11/08/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/8/2008. Case Management Conference set for 2/15/2008 08:30 AM. (Attachments: # 1 Order setting CMC# 2 Standing Order)(mcl, COURT STAFF) (Filed on 11/8/2007) (Entered: 11/09/2007) |
| 11/08/2007 |  | Summons Issued as to Peter L. Shaw. (mcl, COURT STAFF) (Entered: 11/09/2007) |
| 11/14/2007 | 3 | Letter dated 11/7/07 from James Davis Bennett re enclosed motion for temporary restraining order and preliminary injunction. (mcl, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/15/2007) |
| 11/14/2007 | 4 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction filed by James Davis Bennett. (mcl, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/15/2007) |
| 11/16/2007 | 5 | ORDER vacating ADR scheduling order. Signed by Judge Charles R. Breyer on 11/16/07. (Attachments: # 1 Certificate of Service)(be, COURT STAFF) (Filed on 11/16/2007) (Entered: 11/20/2007) |
| 11/16/2007 |  | (Court only) ***Deadlines terminated. (be, COURT STAFF) (Filed on 11/16/2007) (Entered: 11/20/2007) |
| 11/21/2007 | 6 | SUMMONS Returned Executed by James Davis Bennett. Peter L. Shaw served on 11/8/2007, answer due 11/28/2007. (mcl, COURT STAFF) (Filed on 11/21/2007) Additional attachment(s) added on 11/27/2007 (mcl, COURT STAFF). (Entered: 11/27/2007) |
| 12/10/2007 | 7 | MOTION and Affidavit for Entry of Default filed by James Davis Bennett. (mcl, COURT STAFF) (Filed on 12/10/2007) (Entered: 12/10/2007) |
| 12/14/2007 | 8 | Clerk's DECLINATION OF DEFAULT as to Peter L. Shaw. (Related documents(s) 7 ) (mcl, COURT STAFF) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/20/2007 | 9 | AFFIDAVIT in support of 7 request for default and default judgment by James Davis Bennett. (mcl, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/20/2007) |
| 12/31/2007 | 10 | MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss *for failure to state a claim* filed by Phillip A. Trevino. (Attachments: # 1 Exhibit A - District Court docket in Plaintiff's underlying criminal |

|  |  |  |
|---|---|---|
|  |  | prosecution, # 2 Exhibit B - Commissioner Shaw's Report and Recommendation, # 3 Exhibit C - Ninth Circuit Order denying Defendant-Plaintiff Bennett pro se status on appeal, # 4 Exhibit D - Order Dismissing CV 06-897 in Central District of California, # 5 Exhibit E - Docket in CV 07-2302 (action against court reporter), # 6 Exhibit F - Complaint CV 06-1635 in District of Columbia, # 7 Exhibit G - Order dismissing CV 06-1635 in District of Columbia, # 8 Exhibit H - Dismissal Order, # 9 Exhibit I - Complaint in CV 07-1321 in District of Columbia, # 10 Exhibit J - Order of Ninth Circuit reaffirming Plaintiff is not allowed to proceed pro se)(Trevino, Phillip) (Filed on 12/31/2007) (Entered: 12/31/2007) |
| 01/14/2008 | 11 | AFFIDAVIT in support of 7 request for default by James Davis Bennett. (mcl, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/14/2008) |
| 01/25/2008 | 12 | Letter dated 1/17/08 from James Davis Bennett re enclosed documents for filing. (mcl, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/28/2008) |
| 01/25/2008 | 13 | Request for Judicial Notice and Opposition to 10 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for failure to state a claim* filed byJames Davis Bennett. (Attachments: # 1 Part 2)(Related document(s) 10 ) (mcl, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/28/2008) |
| 02/01/2008 | 14 | REQUEST for production of Order appointing Phillip A. Trevino by James Davis Bennett. (mcl, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/04/2008 | 15 | MOTION to Dismiss *Notice of Motion and Motion to Dismiss Complaint Pursuant to 28 U.S.C. § 1915A* filed by Peter L. Shaw. (Swanson, Joann) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 16 | Proposed Order re 15 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Complaint Pursuant to 28 U.S.C. § 1915A [Proposed] Order Granting Federal Defendant's Motion to Dismiss Complaint Pursuant to 28 U.S.C. § 1915A* by Peter L. Shaw. (Swanson, Joann) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/08/2008 | 17 | CERTIFICATE OF SERVICE by Peter L. Shaw re 16 Proposed Order, 15 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Complaint Pursuant to 28 U.S.C. § 1915A* (Swanson, Joann) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/11/2008 | 18 | ORDER OF DISMISSAL by Judge Charles R. Breyer and ORDER finding as moot 4 Motion for TRO; finding as moot 4 Motion for Preliminary Injunction; finding as moot 10 Motion to Dismiss for Lack of Jurisdiction; finding as moot 10 Motion to Dismiss; finding as moot 15 Motion to Dismiss (Attachments: # 1 Certificate of Service) (be, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/13/2008) |
| 02/11/2008 | 19 | CLERK'S JUDGMENT in favor of Peter L. Shaw, Phillip A. Trevino against James Davis Bennett (Attachments: # 1 Certificate of Service)(be, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 2/11/2008) (Entered: 02/13/2008) |
| 02/11/2008 | | (Court only) ***Civil Case Terminated. (be, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/13/2008) |
| 03/06/2008 | 20 | Letter dated 2/23/08 from James Davis Bennett re enclosed appeal documents. (mcl, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/07/2008) |
| 03/06/2008 | 21 | NOTICE OF APPEAL as to 18 Order on Motion for TRO,, Order on Motion for Preliminary Injunction, Order on Motion to Dismiss/Lack of Jurisdiction, by James Davis Bennett. (mcl, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/07/2008) |
| 03/06/2008 | 22 | MOTION for Leave to Appeal in forma pauperis filed by James Davis Bennett. (mcl, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/07/2008) |
| 03/06/2008 | 23 | Declaration of James Davis Bennett in Support of 22 MOTION for Leave to Appeal in forma pauperis filed byJames Davis Bennett. (Related document(s) 22 ) (mcl, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 24 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 21 Notice of Appeal. (mcl, COURT STAFF) (Filed on 3/7/2008) (Additional attachment(s) added on 3/7/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 03/07/2008) |
| 03/07/2008 | 25 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 26 | Certificate of Record Mailed to USCA re 21 Notice of Appeal.(mcl, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008) |