IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID BENNETT, | ) |
| Plaintiff(s), | ) No. C 07-5686 CRB (PR) |
| vs. | ) (CA No. 08-15532) |
| PETER L. SHAW, et al., | ) ORDER |
| Defendant(s). | ) (Docket # 22 & 29) |

      Plaintiff, a prisoner at the Federal Correctional Institution in Safford, Arizona, filed a pro se civil rights complaint for damages under Bivens v. Six Unknown Agents, 403 U.S. 388 (1971), alleging violations of his constitutional rights at the hands of Ninth Circuit Appellate Commissioner Peter L. Shaw and Ninth Circuit-appointed appellate counsel Phillip A. Trevino.  Specifically, plaintiff objects to Shaw's report and recommendations to the Ninth Circuit that it deny plaintiff's request to proceed pro se in his pending criminal appeal, and to Trevino's representation of plaintiff in the appeal.

      Per order filed on February 11, 2008, the court dismissed the action under the authority of 28 U.S.C. § 1915A(b).  The court found that it was well-established that Shaw was entitled to absolute immunity from suit for acts performed in his judicial capacity and that plaintiff could not state a Bivens

action against Trevino based simply on Trevino's court-appointed representation of plaintiff on plaintiff's criminal appeal. Feb. 11, 2008 Order at 2-3. Plaintiff appealed.

Currently before the court are plaintiff's motion for leave to proceed in forma pauperis on appeal (docket # 22) and recent motion to disqualify the undersigned (docket # 29). They are both DENIED.

Plaintiff requests that the undersign recuse himself on the basis of having reviewed plaintiff's judicial misconduct complaints against plaintiff's federal criminal trial judge, Alicemarie H. Stotler of the Central District of California. Plaintiff's request and accompanying affidavit are untimely (filed four months after the action was dismissed) and legally insufficient (nothing in the affidavit reasonably questions the impartiality of the undersigned in the matter at bar). See also United States v. Scholl, 166 F.3d 964, 977 (9th Cir. 1999) (judge not required to refer motion to recuse to another judge if motion is neither timely nor legally sufficient).

Plaintiff's request to proceed in forma pauperis on appeal must be denied because the appeal is frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

The clerk is instructed to serve a copy of this order on the parties and on the Ninth Circuit (CA No. 08-15532).

SO ORDERED.

DATED: June 30, 2008

                                      CHARLES R. BREYER
                                      United States District Judge