UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D BENNETT,<br><br>             Plaintiff,<br><br>  v.<br><br>PETER L SHAW et al,<br><br>             Defendant. | Case Number: CV07-05686 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Davis Bennett #32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

U.S. Court of Appeals for the Ninth Circuit
95 7th Street
P O Box 193939
San Francisco, CA 94103-3939


Dated: June 30, 2008

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk