UNITED STATES DISTRICT COURT
FOR
THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 14 AM 11:51

| | |
|---|---|
| JAMES DAVIS BENNETT,<br><br>  Plaintiff,<br><br>vs<br><br>PETER L. SHAW, PHILLIP A. TREVINO, AND DOES 1-100,<br><br>  Defendants. | No: CV 07-5686-CRB<br><br>**Notice of Appeal to the United States Court of Appeals for the Federal Circuit pursuant to 28 U.S.C. § 1295 and 28 U.S.C. § 2679(d)(1); Certification of Defendant Peter L. Shaw by the United States Attorney General** |

1. Notice is hereby given that, James Davis Bennett, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's order filed June 30, 2008 denying motion for leave to proceed in forma pauperis on appeal(docket #22) and motion to disqualify Judge Charles R. Breyer(docket # 29).

### PERTINENT ISSUES

2. The following issues will be raised on appeal:

a. Whether district court lacked jurisdiction after the Attorney General issued certification of Defendant Shaw pursuant to 28 U.S.C. § 2679(d)(1) and thereafter should have transferred the case to United States Court of Federal Claims pursuant to 28 U.S.C. § 1491?

b. Whether district court lacked jurisdiction to dismiss the complaint against defendant Trevino, a privated citizen, pursuant to 28 U.S.C. § 1915A, a statute designed for screening prisoner complaints against governmental entities

    or officers or employees?

c. Whether district court errored when it failed to disqualify itself pursuant to 28 U.S.C. § 455 after reviewing at least three judicial misconduct complaints regarding the same subject which were submitted by the Plaintiff and which the court ruled against the Plaintiff?

d. Whether district court's dismissal was appropriate after filing default judgements in favor of the Plaintiff without requiring each defendant to move to set aside the default and default judgment.

    Date this 4th Day of August 2008,

    By: _____
    James Davis Bennett/Reg#32589-112
    FCI Safford
    Federal Correctional Institution
    P.O. Box 9000
    Safford, AZ 85548

## CERTIFICATE OF SERVICE

CASE NUMBER: 07-5686-CRB

CASE NAME: James Davis Bennett vs. Peter L. Shaw, et al.

I certify that I have served the notice of Appeal on the parties below in a manner described:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Peter L. Shaw<br>95 Seventh Street<br>San Francisco, Ca. 94199 | N/A party has not cured default | |
| Phillip A. Trevino<br>137 N. Larchmont #801<br>Los Angeles, Ca. 90004 | N/A party has not cured default | |

_____
James Davis Bennett

8-5-08
Date

August 4, 2008

Attention: Richard W. Wieking
Clerk, U.S. District Court
Northern District of Calif.
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, Ca  94102

Ref: Case Number CV 07-5686-CRB

Dear Mr. Wieking:

    enclosed you will find a Notice of Appeal of docket entries #22 and #29. Please file  and make certain it is forwarded to the **United States Court of Appeals for the Federal Circuit** pursuant to 28 U.S.C. §§ 1295 and 1491.  Please note that this appeal is taken in forma pauperis. I have previously submitted to you the necessary documents for approval. Therefore, I have not included those documents nor the request as that would be duplicative; but, if you need them please inform me at the address below.


Thanks in Advance,

James Davis Bennett/Reg#32589-112
FCI Safford
Federal Correction Institution
P.O. Box 9000
Safford, AZ 85548



James Davis Bennett/Reg#32589-112
FCI Safford
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

7005 1160 0003 7572 1199

Attention: Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, Ca  94102