**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 18, 2008

James Davis Bennett
#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

SUBJECT:   Request for Payment of Docket Fee

   **Title: JAMES D BENNETT -v- PETER L SHAW**
   **Case Number:        CV 07-05686 CRB**
   **Court of Appeals Number:**

A notice of appeal was filed with this Court on 08/14/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

   Sincerely,

   RICHARD W. WIEKING, Clerk

   *Susan Imbriani*

   by:  Susan Imbriani
   **Case Systems Administrator**

cc: U.S. Court of Appeals