UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 18, 2008

**CASE INFORMATION:**
Short Case Title:  JAMES D BENNETT-v- PETER L SHAW
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, Judge Charles Breyer
Criminal and/or Civil Case No.:  CV 07-05686 CRB
Date Complaint/Indictment/Petition Filed: 11/08/07
Date Appealed order/judgment *entered* 06/30/08
Date NOA *filed* 08/14/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)      ☐ denied in full (send record)
                            ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: 08/18/08
Date FP granted:                                Date FP denied: 06/30/08
Is FP pending? ☐ yes  X no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:    James Davis Bennett        Appellee Counsel: Joann M. Swanson
                      #32589-112                                   United States Attorney's Office
                      FCI Safford                                  450 Golden Gate Ave., Box 36055
                      P.O. Box 9000                                San Francisco , CA 94102
                      Safford, AZ 85548                            415-436-7200
                                                                   Fax: 415-436-6748
                                                                   Email: joann.swanson@usdoj.gov

☐ retained   ☐ CJA   ☐ FPD   X Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Susan Imbriani
                                                    415-522-2061